IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS



FAROUK SYSTEMS, INC.,
*Plaintiff*,

v.

TARGET CORPORATION, INC., and
PRO'S CHOICE BEAUTY CARE, INC.,
*Defendants*.

CAUSE NO. 4:06-CV-01103

Jury Trial Requested

### ORDER

Plaintiff, Farouk Systems, Inc.'s Unopposed Motion to Substitute Counsel and Designation of Lead Counsel is GRANTED, and the Court hereby

ORDERS that Gerald Fowler, of the firm Harmeyer & Fowler, P.C., and Heather Asselin and Ruben Olvera, of the form Coats, Rose, Yale, Ryman & Lee, LLP, be withdrawn as counsel of record, and that Anthony F. Matheny, Phillip L. Sampson and Ben D. Tobor, of the firm Bracewell & Giuliani LLP, shall be substituted as counsel of record for Plaintiff for the remainder of this action, and that Anthony F. Matheny of the law firm Bracewell & Giuliani, LLP, 711 Louisiana St., Suite 2300, Houston, Texas 77002 as the attorney-in-charge and attorney to be noticed for Plaintiff in this action.

July 21, 2006
Dated

_____
Hon. Nancy F. Atlas
United States District Judge

HOUSTON\1974921.1                              4